**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Marie Johnson, | : |
| | : |
| | : Civil Action No.: 1:09-cv-02645-RDB |
| Plaintiff, | : |
| v. | : |
| | : |
| Penn Credit Corporation, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

     Plaintiff, Marie Johnson, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: December 9, 2009

                                            Respectfully submitted,

                                            By:  /s/ Forrest Mays
                                               Forrest E. Mays (Juris No. 07510)
                                               Law Office of Forrest E. Mays
                                               2341 N Forest Dr Ste 90
                                               Annapolis, MD 21401
                                               (410) 267-6297